```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |
|  | SAN FRANCISCO DIVISION |

| SUKHWINDER SINGH, ET AL., | ) No. C 08-2362 SI |
|---|---|
| Plaintiffs, | ) |
| v. | ) |
| MICHAEL CHERTOFF, Secretary, et al., | ) **STIPULATION TO EXTEND ANSWER DEADLINE** |
| Defendants. | ) |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a one-week extension of the answer deadline.

STIPULATON TO EXTEND ANSWER DEADLINE
C 08-2362 SI

| | | |
|---|---|---|
| 1 | Dated: July 7, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: July 7, 2008 | /s/<br>ROBERT B. JOBE<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July ___, 2008

_____
SUSAN ILLSTON
United States District Judge

STIPULATON TO EXTEND ANSWER DEADLINE
C 08-2362 SI