| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUKHWINDER SINGH,<br>DHARAM SINGH, | ) | No. C 08-2362 SI |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES;**<br>**and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security; LYNNE<br>SKEIRIK, Director, National Visa Center; U.S.<br>Consul General MICHAEL S. OWEN, U.S.<br>Embassy New Delhi, India; CONDOLEEZZA<br>RICE, Secretary of State, | ) | |
| Defendants. | ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about May 7, 2008. Defendants' filed their response on July 14, 2008.

2. Pursuant to this Court's May 7, 2008 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 8, 2008, and attend a case management conference on August 15, 2008.

Stipulation to Extend Dates
C 08-2362 SI                                                1

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Joint ADR Certification: August 29, 2008

Last day to file/serve Joint Case Management Statement: September 12, 2008

Case Management Conference: September ~~19,~~ 22 2008 at 2:00 p.m.

Date: August 6, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 6, 2008

_____/s/_____
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C 08-2362 SI                                    2