| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUKHWINDER SINGH,<br>DHARAM SINGH, | ) <br>) | No. C 08-2362 SI |
| Plaintiffs, | ) ) | |
| v. | ) ) | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security; LYNNE SKEIRIK, Director, National Visa Center; U.S. Consul General MICHAEL S. OWEN, U.S. Embassy New Delhi, India; CONDOLEEZZA RICE, Secretary of State, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial in this immigration case. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Joint Request for ADR Exemption
C 08-2362 SI                                                                 1

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: September 2, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
Date: September 2, 2008　　　　　　　　　　ROBERT B. JOBE
　　　　　　　　　　　　　　　　　　　　　SARA COPPIN
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

　　　9/8/08　　　　　　　　　　　　Wm. Alsup for..
Date:　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge

Joint Request for ADR Exemption
C 08-2362 SI　　　　　　　　　　　2