JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUKHWINDER SINGH, DHARAM SINGH, ) Plaintiffs, ) v. ) MICHAEL CHERTOFF, Secretary, et al., ) Defendants. ) | No. C 08-2362 WDB  **STIPULATION TO EXTEND DEADLINE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the due date for the filing of the parties' cross-motions for summary judgment from January 23, 2009, to January 30, 2009. The deadline for the parties' cross-oppositions (February 13, 2009) and the hearing date (March 4, 2009, at 1:30 p.m.) remain unchanged.

//
//
//
//
//

STIPULATION TO EXTEND DEADLINE FOR CROSS-MOTIONS FOR SUMMARY
JUDGMENT
C 08-2362 WDB

| | |
|---|---|
| Dated: January 23, 2009 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: January 23, 2009 | /s/<br>SARA COPPIN<br>LAW OFFICE OF ROBERT JOBE<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 26, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO EXTEND DEADLINE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
C 08-2362 WDB