UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SUKHWINDER SINGH, *et al.*, | No. C 08-02362 LB |
| Plaintiffs, | **ORDER FOLLOWING REMAND** |
| v. | |
| HILLARY RODHAM CLINTON, *et al.*, | |
| Defendants. | |

Pursuant to the judgment of the United States Court of Appeals for the Ninth Circuit, dated August 20, 2010, this Court finds that Defendants' revocation of the approved I-130 Immediate Relative Petition, filed by Plaintiff Dharam Singh on behalf of Plaintiff Sukhwinder Singh, was contrary to law and therefore constituted a violation of the Administrative Procedure Act.

Accordingly, IT IS HEREBY ORDERED THAT Defendants reinstate said Petition. The hearing set on October 21, 2010 at 1:30 pm is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: October 14, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02362
Order Following Remand